AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

May 18, 2026

SEAN F. McAVOY, CLERK

BRUCE BANNISTER

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| STATE OF WASHINGTON | ) |
|  | ) |
|  | ) |

Civil Action No.   4:26-CV-5020-TOR

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    Pursuant to the Court Order at ECF No 10, Plaintiff's Motion to Amend Complaint (ECF No. 6) is GRANTED;
Defendant's Motion to Dismiss (ECF No. 5) is GRANTED; Plaintiff's Petition for Writ of Quo Warranto (ECF No. 7) is
DENIED; and Plaintiff's Amended Complaint (ECF No. 6) is DISMISSED with prejudice.
Judgment of Dismissal with prejudice is entered.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Thomas O. Rice _____

Date:  5/18/2026 _____

CLERK OF COURT

s/Sean F. McAvoy _____

*Signature of Clerk*