FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

BRUCE BANNISTER,

                          Plaintiff,

    v.

STATE OF WASHINGTON,

                          Defendant.

NO. 4:26-CV-5020-TOR

ORDER DENYING ALTER OR AMEND JUDGMENT

BEFORE THE COURT are Plaintiff's Motion to Alter or Amend Order. ECF No. 12. This matter was submitted for consideration without oral argument.

The Court has reviewed the record and files herein and is fully informed.

Plaintiff's Motion is **DENIED**.

Plaintiff's claims are exclusively brought under Article IV, Section 4 ("Guarantee Clause") of the Constitution which provides:

> The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic violence.

ORDER DENYING ALTER OR AMEND JUDGMENT ~ 1

Plaintiff contends that the State of Washington has been unlawfully governed as a territory rather than a state in violation of the Guarantee Clause. ECF No. 6 at 2. As a result, Plaintiff and the People of Washington have been deprived of the right to self-govern. ECF No. 1 at 8. Plaintiff therefore asks the Court to issue a writ of quo warranto requiring the "actors of the de-facto territorial government of Washington to produce their authority to govern territorially as the 'State of Washington.'" *Id.*

As Plaintiff's claims rest on the Guarantee Clause, they are nonjusticiable, and the Court lacks subject matter jurisdiction to hear them. Therefore, they must be dismissed pursuant to Rule 12(b)(1).

Because it is clear that even liberally construing Plaintiff's complaint, any defect cannot be cured by amendment, the dismissal is with prejudice. *See Lucas v. Dep't of Corr.*, 66 F.3d 245, 248 (9th Cir. 1995).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Plaintiff's Motion to Alter or Amend Order (ECF No. 12) is **DENIED**.

The District Court Executive is directed to enter this Order, furnish copies to the parties, and the file remains **CLOSED**.

DATED **June 12, 2026**.



THOMAS O. RICE
United States District Judge

ORDER DENYING ALTER OR AMEND JUDGMENT ~ 2